IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ZENINE PHILLIPS                                                              PLAINTIFF

V.                                    4:15CV00443 JM

AETNA LIFE INSURANCE COMPANY AND
HOME DEPOT                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is entered in favor of the Plaintiff. Separate Defendant Home Depot is dismissed from the action. Defendant Aetna Life Insurance Company is ordered to pay long term benefits to Plaintiff for the period from May 23, 2014 to the date this Judgment. Aetna is ordered to pay long term benefits to Plaintiff going forward, unless a termination of benefits is consistent with the Policy. The Complaint is dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of October, 2016.

_____
James M. Moody Jr.
United States District Judge